UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CRUMWELL,<br><br>        Plaintiff,<br><br>    -v-<br><br>BRAND SERVICES AND HOLDINGS L.L.C.,<br><br>        Defendant. | 23-CV-3999 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within 45 days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: August 1, 2023
   New York, New York

                     _____
                        J. PAUL OETKEN
                       United States District Judge